**Motion Granted and Abatement Order filed February 4, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00098-CV

_____

**13335 DULUTH RESTAURANT AND BAR, L.L.C., Appellant**

**V.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, THE OFFICE OF THE COMPTROLLER OF PUBLIC ACCOUNTS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellees**

On Appeal from the 250th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-17-006906

## ORDER

Appellant filed an agreed motion to abate this appeal pending the Texas Supreme Court's decision in No. 18-0503, *EBS Solutions, Inc v. Hegar*. The motion is granted.

Within 30 days of issuance of an opinion in *EBS Solutions, Inc. v. Hegar*,

appellant shall file a motion to reinstate the appeal, dismiss the appeal, or continue the abatement. If the motion is to continue the abatement, the motion shall state the basis for continuation.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.